JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| PEDRO O. BALTAZAR, | ) | No. CV 14-01299-DOC (VBK) |
| Petitioner, | ) | [~~PROPOSED~~] JUDGMENT |
| v. | ) | |
| GREG LEWIS, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: January 21, 2015

*/s/ David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE